UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22146-CMA-AMS

AF HOLDINGS LLC,

    Plaintiff,

v.

NIGEL SOOKDEO,

    Defendant,
_____/

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

On July 24, 2012, this Court issued an Order to Show Cause pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 6.) Plaintiff responds to the Order to Show Cause as follows:

1. Concurrent to this Response, Plaintiff has filed an Amended Complaint naming Nigel Sookdeo as the defendant in its case.

2. Concurrent to this Response, Plaintiff has also filed a Notice of Filing Proposed Summons with respect to Mr. Sookdeo.

3. Upon receiving the Summons from this Court, Plaintiff will serve Mr. Sookdeo.

4. Plaintiff anticipates being able to serve Mr. Sookdeo within 30 days.

5. Assuming Plaintiff is able to serve Mr. Sookdeo, Plaintiff will notify the Court of such service once it occurs.

Respectfully submitted,

AF Holdings LLC,

DATED: October 8, 2012

By: <u>/s/ Joseph Perea</u>
Joseph Perea (Bar No. 47782)
Joseph Perea P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Phone: 305-934-6215
E-mail: perealaw@gmail.com
*Attorney for Plaintiff*